UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

David Parsons,

                Plaintiff,        Case No. 24-10247

v.                                   Judith E. Levy
                                   United States District Judge

Paige, et al.,

                                   Mag. Judge Curtis Ivy, Jr.
                Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [25]

Before the Court is Magistrate Judge Curtis Ivy, Jr.'s Report and Recommendation (ECF No. 25) recommending that the Court grant Defendant Spaulding's motion for summary judgment on the basis of exhaustion (ECF No. 20) and that Defendant Spaulding be dismissed. The parties were required to file specific written objections, if any, within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 25) is ADOPTED;

Defendant's motion for summary judgment (ECF No. 20) is GRANTED; and

Defendant Spaulding is DISMISSED WITH PREJUDICE.[1]

IT IS SO ORDERED.

| | |
|---|---|
| Dated: October 18, 2024<br>Ann Arbor, Michigan | s/Judith E. Levy<br>JUDITH E. LEVY<br>United States District Judge |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 18, 2024.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have forfeited any further right of appeal. *United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019); *see also Berkshire v. Beauvais*, 928 F.3d 520, 530 (6th Cir. 2019).