UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DAVID PARSONS,<br>　　　　　　　　　Plaintiff,<br>v.<br>PAIGE, *et al.*,<br>　　　　　　　　　Defendants.<br>_____/ | Case No. 24-10247<br><br>Judith E. Levy<br>United States District Judge<br><br>Curtis Ivy, Jr.<br>United States Magistrate Judge |

**ORDER STRIKING MOTION FOR ALTERNATE SERVICE (ECF No. 41) AND REQUIRING REDACTED AND SEALED VERSIONS TO BE FILED**

Plaintiff moved the Court, *ex parte*, for permission to serve Defendant Paige by alternative means. (ECF No. 41). That motion includes Defendant Paige's home address. There are inherent security risks associated with publishing the home address of a former correction's officer. So the motion is **STRICKEN**. Plaintiff is directed to file an unredacted, sealed version of the motion and a public version of the motion with the address redacted.

**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d). A party may not assign as error any defect in this Order to which timely objection was not made. Fed. R. Civ. P. 72(a). Any objections are required to specify the part of the Order to which

the party objects and state the basis of the objection. When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge. E.D. Mich. Local Rule 72.2.

Date: March 10, 2025                         s/Curtis Ivy, Jr.
                                             Curtis Ivy, Jr.
                                             United States Magistrate Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System or by First Class U.S. mail on March 10, 2025.

                                             s/Sara Krause
                                             Case Manager
                                             (810) 341-7850