# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

David Parsons,

          Plaintiff,        Case No. 24-10247

v.                             Judith E. Levy
                               United States District Judge

Paige, *et al.*

                               Mag. Judge Curtis Ivy, Jr.
          Defendants.

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION [43]**

      Before the Court is Magistrate Judge Curtis Ivy, Jr.'s Report and Recommendation recommending the Court dismiss without prejudice Defendants Michigan Department of Corrections, John Doe, Macomb Correctional Facility, Macomb County Sheriff, and Unknown Medical Staff at Macomb Correctional Facility for failure to serve. (ECF No. 43.) The parties were required to file specific written objections, if any, within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 43) is ADOPTED, and Defendants Michigan Department of Corrections, John Doe, Macomb Correctional Facility, Macomb County Sheriff, and Unknown Medical Staff at Macomb Correctional Facility are DISMISSED WITHOUT PREJUDICE.[1]

IT IS SO ORDERED.

Dated: October 1, 2025      s/Judith E. Levy
Ann Arbor, Michigan     JUDITH E. LEVY
    United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 1, 2025.

    s/William Barkholz
    WILLIAM BARKHOLZ
    Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have forfeited any further right of appeal. *United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019); *see also Berkshire v. Beauvais*, 928 F.3d 520, 530 (6th Cir. 2019).