# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

David Parsons,

                  Plaintiff,      Case No. 24-10247

v.                                  Judith E. Levy
                                        United States District Judge

Paige, *et al.*

                                    Mag. Judge Curtis Ivy, Jr.

                  Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [71]

Before the Court is Magistrate Judge Curtis Ivy, Jr.'s Report and Recommendation recommending the Court enter a default judgment against Defendant Mario Paige, Jr. (ECF No. 71.) The parties were required to file specific written objections, if any, within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 71) is ADOPTED, and default judgment is entered against Defendant Mario Paige, Jr., and in favor of Plaintiff David Parsons. The Court will hold an evidentiary

hearing on January 14, 2026 at 11:00 a.m., to determine the amount of damages. The parties may submit any materials related to damages by January 7, 2026. Plaintiff is ordered to serve this order on Defendant Mario Paige, Jr. at his last known address by December 29, 2025.

IT IS SO ORDERED.

Dated: December 10, 2025　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　United States District Judge


CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 10, 2025.

　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　Case Manager